UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>MIGUEL ANGEL CORDOBA-LOPEZ,<br><br>          Defendant. | NO:  CR-10-6044-RMP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THE INDICTMENT |

BEFORE the Court is Plaintiff's Motion to Dismiss the Indictment (Ct. Rec. 66) and Defendant's Motion to Dismiss (Ct. Rec. 45).  Having reviewed the motions and pleadings and filings in this case, the Court finds good cause exists to grant the Plaintiff's motion.  Accordingly,

**IT IS HEREBY ORDERED**:

1. The Plaintiff's Motion to Dismiss the Indictment (**Ct. Rec. 66**) is **GRANTED**.  The Indictment, filed May 11, 2010, is hereby **DISMISSED WITHOUT PREJUDICE**.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS INDICTMENT ~ 1

2. The Defendant's Motion to Dismiss (**Ct. Rec. 45**) is **DENIED AS MOOT**.

3. All deadlines and court hearings are hereby **STRICKEN**.

The District Court Executive is directed to enter this Order and provide copies to counsel, the appropriate probation office, and the Marshal's office.

**DATED** this 17th day of December, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS INDICTMENT ~ 2